Issued Original and two copies

| ☐ Recording requested by a return to:<br>Nancy Rader Whitehead, State Bar No. 107332<br>Scott & Whitehead<br>1301 Dove Street, Suite 1000<br>Newport Beach, CA 92660<br>Telephone: (949) 222-0166 / Facsimile: (949) 222-0113 | FOR COURT USE ONLY<br><br>**FILED**<br>MAR 1 2 2012<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>MICHAEL BRIAN MCCULLOUGH              Debtor | CASE NUMBER    8:09-bk-18788-TA<br>ADVERSARY NUMBER  8:09-ap-01764-TA |
| GREGG HASKELL AND BILL RUBIN,<br>                                       Plaintiff<br>vs.<br>MICHAEL BRIAN MCCULLOUGH, an individual d/b/a<br>MICHAEL BRIAN INTERIOR DESIGN       Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address    Michael Brian McCullough
   
   42 Smithcliffs Road
   
   Laguna Beach, CA 92651
   
   ☐ Address Unknown
   
   b. Driver's License No. _____    ☒ Unknown
   
   c. Social Security No. _____    ☒ Unknown

2. The Summons was personally served at, or mail to (address):

   42 Smithcliffs Road, Laguna Beach, CA 92651

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

   Dated: March 7, 2012                    _Nancy Rader Whitehead_
                                                            (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re (SHORT TITLE) | | CHAPTER 11 |
|---|---|---|
| MICHAEL BRIAL MCCULLOUGH | Debtor(s). | ADVERSARY NO.: 8:09-ap-01764-TA |

4. I certify that in the above-entitled action and Court, Judgment was entered on __August 23, 2011__,

   in favor of __Plaintiffs Gregg Haskell and Bill Rubin__ and against __Defendant Michael Brian McCullough__

   for  $ __447,553.28__   Principal,

   $ _____  Interest,

   $ _____  Attorney's Fees, and

   $ _____  Costs.

A lien in favor of a judgment creditor is:

☐ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

☐ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __12th__ day of __March 2012__.

(SEAL)

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court         KATHLEEN J. CAMPBELL

By: _Anabel Pineda_
    Deputy Clerk  Anabel Pineda

Information regarding additional judgment debtors:

_____

_____

_____

_____

*Revised February 2010*

```
 1 | SCOTT & WHITEHEAD
   | Nancy Rader Whitehead, State Bar No. 107332
 2 | Anita York, State Bar No. 185214
   | 1301 Dove Street, Suite 1000
 3 | Newport Beach, California 92660
   | Telephone: (949) 222-0166
 4 | Facsimile: (949) 222-0113
 5 |
   | Attorneys for Plaintiffs
 6 | Gregg Haskell and Bill Rubin
```

**ORIGINAL**   **LODGED JUL 01 2011**   **FILED AUG 23 2011**   **ENTERED AUG 23 2011**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL BRIAN MCCULLOUGH, an individual d/b/a MICHAEL BRIAN INTERIOR DESIGN,<br><br>Debtor. | Case No. 8:09-bk-18788-TA<br><br>Chapter 11<br><br>Adversary No. 8:09-ap-01764-TA |
| GREGG HASKELL AND BILL RUBIN,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BRIAN MCCULLOUGH, an individual d/b/a MICHAEL BRIAN INTERIOR DESIGN,<br><br>Defendants. | [PROPOSED] DEFAULT JUDGMENT BY COURT<br><br><br>Adversary Action<br>Filed on:    November 25, 2009 |

Based on Defendant's default, the Court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiffs Gregg Haskell and Bill Rubin and against Defendant Michael Brian McCullough.

2. Plaintiffs are awarded damages in the amount of ~~$547,553.28~~ $292,553.28 *for misused deposit, $55,000 in consequential damages incurred in hiring a replacement designer, $50,000 for emotional distress and $50,000 punitive damages, for a total of $447,553.28/100.*

3. This Judgment or claim is determined to be non-dischargeable under Bankruptcy Code §523(a)(2).

Dated: AUG 2 3 2011

_____
Judge of the United States Bankruptcy Court
Central District of California

**THEODOR C. ALBERT**

-2-

[PROPOSED] DEFAULT JUDGMENT BY COURT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1301 Dove Street, Suite 1000, Newport Beach, CA 92660**

A true and correct copy of the foregoing document described as **[PROPOSED] DEFAULT JUDGMENT BY COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *Fill in Date Document is Filed,* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **July 1, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Bankruptcy Trustee:**
John M. Wolfe
6450 Trabuco Road
Irvine, CA 92620-5704
*Via U.S. Mail*

**Defendant/Debtor**
Michael Brian McCullough
42 Smithcliffs Road
Laguna Beach, CA 92651
*Via U.S. Mail*

*Courtesy Copy, Via U.S. Mail, to:*
Rick L. Raynsford, Esq.
28462 Shrike Lane
Laguna Niguel, CA 92677

☐  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 1, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert
United States Bankruptcy Court – Central District
Santa Ana Division
411 W. Fourth Street
Santa Ana, CA 92701
*Via Messenger Delivery*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 1, 2011 | Angela M. Valles | /s/ Angela M. Valles |
|---|---|---|
| Date | Print Name | Signature |

DOCUMENT PREPARED ON RECYCLED PAPER

-i-

PROOF OF SERVICE

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST
### DEFAULT JUDGMENT

Notice is given by the court that a judgment or order entitled (specify) __BY COURT__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __7-1-2011__, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **John M Wolfe (TR)**    john.wolfe1@earthlink.net, CA83@ecfcbis.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Attorneys for Plaintiffs Gregg Haskell and Bill Rubin:
Nancy Rader Whitehead
Scott & Whitehead
1301 Dove Street, Suite 1000
Newport Beach, CA 92660

Defendant/Debtor In Pro Per:
Michael Brian McCullough
42 Smithcliffs Road
Laguna Beach, CA 92651

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                    F 9021-1.1.NOTICE.ENTERED.ORDER