Form B-1036 - (Rev. 02/10)    File# 7403.0002    1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number | For Court Use Only |
|---|---|
| JAMES A. JUDGE (S.B.N 122227)<br>DAVID MANGIKYAN (S.B.N 312021)<br>THE JUDGE LAW FIRM, A.L.C<br>18650 MacArthur Ste. 450 Irvine, CA 92612<br>Attorney for Gregg Haskell and Bill Rubin | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Michael Brian McCullough<br>Debtor. | CASE NO.: 8:09-bk-18788-TA<br><br>ADVERSARY NO.: 8:09-ap-01764 |
|---|---|
| Gregg Haskell and Bill Rubin<br><br>Plaintiff(s),<br><br>vs.<br><br>Michael Brian McCullough<br><br>Defendant(s). | **WRIT OF EXECUTION** |

## TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On ___August 23, 2011___, a judgment was entered in the above-entitled action in favor of

___Gregg Haskell and Bill Rubin___

as **Judgment Creditor**, and against

___Michael Brian McCullough___

as **Judgment Debtor**, for:

$ ___447,553.28___    PRINCIPAL

$ ___0.00___    ATTORNEYS FEES

$ ___0.00___    INTEREST

$ ___0.00___    COSTS

$ ___447,553.28___    **TOTAL JUDGMENT AS ENTERED**

Form B-1036 - (Rev. 02/10)                                                    1998 USBC, Central District of California

Page 2 of 3

| In re | CASE NO.: 8:09-bk-18788-TA |
|---|---|
| Michael Brian McCullough                        Debtor(s). | ADVERSARY PROCEEDING NO.: 8:09-ap-01764 |

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.


Michael Brian McCullough - 131 Hartford Dr. Newport Beach, CA 92660

Form B-1036 - (Rev. 02/10)                                                                    1998 USBC, Central District of California

Page 3 of 3

| In re | CASE NO.: 8:09-bk-18788-TA |
|---|---|
|  | ADVERSARY PROCEEDING NO.: |
| Michael Brian McCullough            Debtor(s). | 8:09-ap-01764 |

NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ __438,111.61__ ACCRUED INTEREST

$ __0.00__ ACCRUED COSTS

$ __438,111.61__ **TOTAL**

Credit must be given for payments and partial satisfaction in the amount of $ __0.00__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __885,664.89__ ACTUALLY DUE on the date of the issuance of this writ, of which

$ __447,553.28__ is due on the judgement as entered, and bears interest at __10__ % per

annum in the amount of $ __122.61__ per day, from the date of issuance of this writ, to which

must be added the commissions and costs of the officer executing this writ.

DATED: __May 7th 2021__

(SEAL)

KATHLEEN J. CAMPBELL
Clerk, United States Bankruptcy Court    KATHLEEN J. CAMPBELL

By: _____
                      Deputy Clerk

SCOTT & WHITEHEAD
Nancy Rader Whitehead, State Bar No. 107332
Anita York, State Bar No. 185214
1301 Dove Street, Suite 1000
Newport Beach, California 92660
Telephone: (949) 222-0166
Facsimile: (949) 222-0113

Attorneys for Plaintiffs
Gregg Haskell and Bill Rubin

**ORIGINAL**

**LODGED** JUL 01 2011 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

**FILED** AUG 2 3 2011 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

**ENTERED** AUG 2 3 2011

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL BRIAN MCCULLOUGH, an individual d/b/a MICHAEL BRIAN INTERIOR DESIGN,<br><br>Debtor. | Case No. 8:09-bk-18788-TA<br><br>Chapter 11<br><br>Adversary No. 8:09-ap-01764-TA |
| GREGG HASKELL AND BILL RUBIN,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BRIAN MCCULLOUGH, an individual d/b/a MICHAEL BRIAN INTERIOR DESIGN,<br><br>Defendants. | [~~PROPOSED~~] DEFAULT JUDGMENT BY COURT<br><br><br><br>Adversary Action<br>Filed on:    November 25, 2009 |

Based on Defendant's default, the Court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiffs Gregg Haskell and Bill Rubin and against Defendant Michael Brian McCullough.

2. Plaintiffs are awarded damages in the amount of ~~$547,553.28~~ $292,553.28 *for misused deposits, $55,000 in consequential damages incurred in hiring a replacement designer, $50,000 for emotional distress and $50,000 punitive damages, for a total of $447,553.28/100.*

- 1 -
[~~PROPOSED~~] DEFAULT JUDGMENT BY COURT

DOCUMENT PREPARED ON RECYCLED PAPER

3. This Judgment or claim is determined to be non-dischargeable under Bankruptcy Code §523(a)(2).

Dated: __AUG 2 3 2011__    /s/ *signature*

Judge of the United States Bankruptcy Court
Central District of California

**THEODOR C. ALBERT**

[~~PROPOSED~~] **DEFAULT JUDGMENT BY COURT**